Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Elite Fencing & Construction LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  2 0 – 0 0 7 2 6 7 6

**4. Debtor's address**

**Principal place of business**

**5922 County Road 172**
Number     Street

**Alvin, TX 77511-0339**
City                              State     ZIP Code

**Brazoria**
County

**Mailing address, if different from principal place of business**

Number          Street

City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Elite Fencing & Construction LLC**
_____   Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                            MM / DD / YYYY

         District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

         District _____ When _____
                                                           MM / DD / YYYY

         Case number, if known _____

Debtor   **Elite Fencing & Construction LLC**
Name                                                        Case number (if known) _____

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard?  _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>          Number     Street<br><br>_____<br><br>_____<br>     City            State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Elite Fencing & Construction LLC**                                   Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/04/2025**
              MM/ DD/ YYYY

**X** **/s/ Keith Shotwell**                                    **Keith Shotwell**
Signature of authorized representative of debtor          Printed name

Title          **Manager**

**18. Signature of attorney**

**X**          **/s/ Ricardo Guerra**          Date  **08/04/2025**
Signature of attorney for debtor                       MM/ DD/ YYYY

**Ricardo Guerra**
Printed name

**Guerra Days Law Group, PLLC**
Firm name

**2929 Mossrock, Ste. 111**
Number          Street

**San Antonio**                          **TX**      **78230**
City                                    State    ZIP Code

**(210) 446-0102**                       **bankruptcy@guerradays.com**
Contact phone                            Email address

**24074331**                             **TX**
Bar number                               State

Fill in this information to identify the case:

Debtor name **Elite Fencing & Construction LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 City of Alvin 216 W Sealy St Alvin, TX 77511-2341 | | | | | | $1,150.00 |
| 2 Reliant Po Box 3765 Houston, TX 77253-3765 | | | | | | $1,100.00 |
| 3 Independent Insurance Counselors, LLC 302 S Gordon St Alvin, TX 77511-2337 | | | | | | $330.00 |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor   **Elite Fencing & Construction LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name **Elite Fencing & Construction LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Creditor's name**

Anthony L. Wendel & Sandra Sue Wendel

**Creditor's mailing address**

13102 Sinus Court

Willis, TX 77318

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For 375 E Highway 6 Alvin, TX 77511-5621: 1) FN8, LLC; **2) Anthony L. Wendel & Sandra Sue Wendel**; For A0227 H T & B R R TRACT 1A (WELLING SD) (TR 50E-PT TR 50-50D MAIN SURVEY) ACRES 0.1803: 1) FN8, LLC; **2) Anthony L. Wendel & Sandra Sue Wendel**

**Describe debtor's property that is subject to a lien**

375 E Highway 6 Alvin, TX 77511-5621, A0227 H T & B R R TRACT 1A (WELLING SD) (TR 50E-PT TR 50-50D MAIN SURVEY) ACRES 0.1803

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$285,390.87**   Value of collateral: **$792,270.00**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$379,963.39**

Debtor **Elite Fencing & Construction LLC**
Name
Case number (if known) _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

FN8, LLC

**Creditor's mailing address**

Po Box 100350

San Antonio, TX 78201-1650

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

375 E Highway 6 Alvin, TX 77511-5621, A0227 H T & B R R TRACT 1A (WELLING SD) (TR 50E-PT TR 50-50D MAIN SURVEY) ACRES 0.1803

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$69,465.02**

Column B: **$792,270.00**

Debtor   **Elite Fencing & Construction LLC**                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Funding Metrics, LLC**

**Creditor's mailing address**

**3220 Tillman Dr**

**Bensalem, PA 19020-2050**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Account Receivable

**Describe the lien**
   **Accounts Receivable**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,107.50 | $25,107.50

Debtor    **Elite Fencing & Construction LLC**                                    Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Crouch Law Office** <br> **235 W Sealy St** <br> **Alvin, TX 77511-2340** | Line 2. _1_ | ___ ___ ___ ___ |
| **Hunter-Kelsey of Texas, LLC** <br> **7200 N Mopac Expy** <br> **Austin, TX 78731** | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____**Elite Fencing & Construction LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

**2.2**    Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

Debtor  **Elite Fencing & Construction LLC**
Name                                                                   Case number *(if known)*

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**City of Alvin**

**216 W Sealy St**

**Alvin, TX 77511-2341**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,150.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Independent Insurance Counselors, LLC**

**302 S Gordon St**

**Alvin, TX 77511-2337**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$330.00**

---

**3.2** Nonpriority creditor's name and mailing address

**IRS**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**Reliant**

**Po Box 3765**

**Houston, TX 77253-3765**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,100.00**

Debtor  __**Elite Fencing & Construction LLC**__

Name

Case number *(if known)* _____

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

---

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$2,580.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,580.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     Elite Fencing & Construction LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................    **$12,500.00**

Prior to the filing of this statement I have received .................................................................    **$12,500.00**

Balance Due .............................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/04/2025** | **/s/ Ricardo Guerra** |
| *Date* | Ricardo Guerra |
| | *Signature of Attorney* |

Bar Number: 24074331

Guerra Days Law Group, PLLC

2929 Mossrock, Ste. 111

San Antonio, TX 78230

Phone: (210) 446-0102

**Guerra Days Law Group, PLLC**

*Name of law firm*

---

Fill in this information to identify the case:

Debtor name          **Elite Fencing & Construction LLC**

United States Bankruptcy Court for the:          **Southern**          District of          **Texas**

(State)

Case number (If known):          _____          Chapter          **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease with tenant.** | **Harris Concepts Asset Group, Inc.** |
| | | | **375 E Highway 6** |
| | State the term remaining | **11 months** | **Alvin, TX 77511** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Elite Fencing & Construction LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Elite Fencing & Construction LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **Elite Fencing & Construction LLC**                                      CASE NO

                                                                                 CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**08/04/2025**____     Signature _____**/s/ Keith Shotwell**_____
                                                                    Keith Shotwell, Manager

Anthony L. Wendel & Sandra
Sue Wendel
13102 Sinus Court
Willis, TX 77318

City of Alvin
216 W Sealy St
Alvin, TX 77511-2341

Crouch Law Office
235 W Sealy St
Alvin, TX 77511-2340

FN8, LLC
Po Box 100350
San Antonio, TX 78201-1650

Funding Metrics, LLC
3220 Tillman Dr
Bensalem, PA 19020-2050

Harris Concepts Asset Group,
Inc.
375 E Highway 6
Alvin, TX 77511

Hunter-Kelsey of Texas, LLC
7200 N Mopac Expy
Austin, TX 78731

Independent Insurance
Counselors, LLC
302 S Gordon St
Alvin, TX 77511-2337

IRS
Po Box 7346
Philadelphia, PA 19101-7346

Reliant
Po Box 3765
Houston, TX 77253-3765

# Elite Fencing & Construction LLC

**Company Resolution**

ARTICLE I.
Recitals

Whereas the Member(s) of Elite Fencing & Construction LLC (the "Company") a sole member LLC, acknowledge that the Company likely cannot continue operating without reorganizing its debts in a Chapter 11 Bankruptcy;

Whereas the Member(s) of the Company acknowledge that reorganizing the Company's debt in a chapter 11 Bankruptcy may cause adverse financial consequences for the Member(s) personally;

Whereas the Member(s) of the Company desire to authorize Keith Shotwell to execute all documents necessary to place the Company in Chapter 11 Bankruptcy reorganization and to execute all documents necessary to obtain confirmation in the bankruptcy process;

Therefore, the Member(s) of the Company resolve as follows:

ARTICLE II.
Resolutions

1. The Member(s) resolve that the Company shall enter into a Chapter 11 Bankruptcy and Keith Shotwell may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf.
2. The Member(s) resolve to authorize the Guerra Days Law Group, PLLC to take all actions in the Chapter 11 Bankruptcy it deems necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

IN WITNESS WHEREOF, the Member(s) of Elite Fencing & Construction LLC have resolved as stated above and have caused their signatures, to be set forth below on this the _1st_ day of August, 2025.

_____          _8/1/25_
Keith Shotwell as Sole Member                    Date